UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

IN RE:

| | | |
|---|---|---|
| Grady Franklin Moore II | ) | CASE NO: 08-06592-hb |
| 115 Rockcove Court | ) | CHAPTER 11 |
| Moore, S.C. 29369 | ) | |
| Debtor. | ) | Notice of Motion and |
| | ) | Opportunity for Hearing |

NOTICE IS HEREBY GIVEN that application for fees and expenses are being applied for in the above-captioned case by the following:

| APPLICANT, PROFESSION & ADDRESS | FEES OR COMPENSATION | EXPENSES | DATE OF APPLICATION |
|---|---|---|---|
| Robert H. Cooper, Attorney THE COOPER LAW FIRM 3523 Pelham Road, Suite B Greenville, SC 29615 | $15,000 | $0 | December 7, 2009 |

The application is on record in the office of the clerk of this court (US Bankruptcy Court, 1100 Laurel Street, Columbia, South Carolina) for inspection by any interested party. Questions regarding any previous amounts requested by, or paid to, the above applicant for fees, compensation or expenses, should be directed to the applicant.

**TAKE FURTHER NOTICE** that any response, return and/or objection to this application, should be filed with the Clerk of the Bankruptcy Court no later than twenty (20) days from service of motion/application and a copy simultaneously served on all parties in interest.

**TAKE FURTHER NOTICE** that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case the Court will conduct a hearing on **January 28, 2010, at 1:30 p.m** at Donald Stuart Russell Federal Court House, 201 Magnolia Street, Spartanburg, South Carolina. No further notice of this hearing will be given.

Dated this __7th__ day of __December__, 2009.

_____
*Robert H. Cooper* (signature)

Office Personnel for

Robert H. Cooper, Fed ID # 5670

THE COOPER LAW FIRM

Address of Court:

United States Bankruptcy Court

1100 Laurel Street

Columbia SC 29202

(864) 271-9911 Phone

(864) 232-5236 Facsimile

rhcooper@thecooperlawfirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

| | | |
|---|---|---|
| Grady Franklin Moore II | ) | CASE NO: 08-06592-hb |
| 115 Rockcove Court | ) | |
| Moore, S.C. 29369 | ) | |
| | ) | |
| | ) | CHAPTER:  **11** |
| | ) | |
| Debtor. | ) | |
| | ) | |

ATTORNEY 'S APPLICATION FOR COMPENSATION

To:   The Honorable Helen Elizabeth Burris , US Bankruptcy Judge

Comes now Robert H. Cooper, Esquire, in an effort to provide pertinent information required by the Bankruptcy Reform Acts of 1994 and 2005, and to disclose those facts relevant to allow the United States Trustee to determine whether or not the requested fees represent a proper award under §330 of the Bankruptcy Code, which is his duty under 28 U.S.C. §586(a)(3)(A) as amended by the aforementioned Reform Acts.

This application along with the attached time line information does in this attorney's opinion disclose the following facts necessary for the United States Trustee to make his determination.

1.  The time spent on the services rendered;
2.  The rates charged for the services;
3.  That the services were necessary to the administration of the case at the time the services were rendered;
4.  That the services were directed toward the completion of a case under Title 11;
5.  That the services were performed within a reasonable period of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
6.  That the requested compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Title 11.

NARRATIVE SUMMARY

**INFORMATION REGARDING DEBTOR**

The debtor-in-possession, Grady Franklin Moore II, is married, and resides at 115 Rockcove Court, Moore, SC 29369.  The couple's primary residence is deeded in the non-filing spouse's name only, and not in Grady's name.  Grady filed a chapter 11 bankruptcy on October 21, 2008, in an effort to reorganize his financial commitments.  As is reflected in the schedules filed with the Bankruptcy Court, the debtor owns several residential real properties. His intention had been to rent

those, and take advantage of their appreciation in value over a period of time. However, Grady did not foresee the considerable downturn in the real estate market, and the economy. Grady had purchased those properties at foreclosure sales. His main business for twenty five years prior to filing chapter 11 had been Moore Builders in which he was a residential builder. Other names he was known by included "Moore Home Improvements", "Moore Builders", and "Moore Builders and Home Improvements". Approximately two years prior to his filing bankruptcy, Grady's business began slowing. It appeared that no matter what he tried, it continued to get worse. As the economy worsened so did Grady's residential building. He was unable to get sufficient contracts to fund the business and his household. He was unable to procure purchasers for his real properties, and he could not keep them occupied with paying tenants. Grady could not borrow money from banks to help him financially until the economy improved, and he began being sued by creditors. By the time he filed chapter 11 on October 21, 2008, he had been sued by approximately a dozen major creditors. Just prior to filing bankruptcy, Grady closed Moore Builders. Grady had in 2001 and 2002 been engaged in "D & G" Motors in which he purchased wholesale vehicles for resale. He had considered getting back into that business; however, the market was very negative in that line of business. Another of Grady's businesses he started in the year 2000 was "Investors Unlimited, Inc.", which he began for the purpose of placing residential rental properties in its name in order to rent those. However, it never "got off the ground", because lenders preferred to deed the properties in Grady's name personally rather than in the name of a corporation. That business has been inactive for several years with Grady simply paying the annual state administrative fees for the corporation to continue to exist.

Approximately six months prior to the filing of the chapter 11 Grady became employed in his older son's business known as "Carolina Granite". His wife conducted sales and management at that business, and became successful. Since Grady had been in the construction industry for over twenty five years, he believed he might have an opportunity to succeed in this type business as an estimator/installer. Grady has no ownership interest in this business.

At the time of the filing of his chapter 11 reorganization, the debtor's schedules filed with the Bankruptcy Court reflected secured debt in the approximate amount of $985,427 with unsecured debt approximating $758,588. Schedules further reflect the value of real property owned by the debtor approximated $884,000. The value of personal property as reflected in his schedules approximates $79,459. Although Grady had hoped to rebuild his residential building and remodeling business, economic and market conditions indicate this would not be a prudent time to do so.

Grady feels that the granite industry can flourish, since homeowners desire to switch from formica to granite. He, therefore, intends to surrender the residential rental properties he currently owns, and proposes to pay a percentage of each unsecured creditor's allowed claim without interest in equal monthly installments over a period of 60 months.

The Debtor-in-Possession has already begun undertaking measures in which to increase profits to successfully fund the plan, and asks for the cooperation of his creditors in this time of reorganization.

The status of the debtor's estate is good at this point, and he plans to continue in the business which he has maintained for the past twenty years, and hope the economy improves.

Total fees sought equal $15,000 with the debtor thus far having paid the amount $15,000 in fees in addition to the $1039 filing fee at the start of the case. Those fees were billed at the contractually agreed upon fee of $295 per hour for attorney, $195 per hour for associate attorney, and $95 per hour for paralegal. The attorney has practiced bankruptcy law and procedure for 19 years, and has handled thousands of consumer cases, and in excess of two hundred Chapter 11 cases during that period. Paralegal, Marie Cooper, held a juris doctorate throughout a portion of this case, and had been employed with The Cooper Law Firm for fifteen years as a paralegal and its office manager. On December 12, 2008, she was admitted to the SC Bar. Therefore, her work on this case prior to that date will be billed at the firm's paralegal rate of $95 per hour, and for her work after that date, the firm will bill at $195 per hour.

The Applicant (Robert H. Cooper) filed the bankruptcy in an attempt to assist the debtors in the reorganization of their financial commitments. Chapter 7 was offered multiple times as a remedy; however, the debtors chose the reorganization.

The present application for fees is a final application. No prior interim application has been filed. The Applicant often files only a final application so that the Debtor can use his liquid assets to fund the reorganization first, and then upon successful confirmation of the Plan, the Applicant seeks approval of fees, both held and requested. The Debtor, his creditors, and the U.S. Trustee are being served notice of the fee application. Additionally, the debtor is being served a copy of the actual fee application. The time period for the services rendered and continuing to be rendered are from October 21, 2008, upon the filing of the case to December 7, 2009,

which is the date of the filing of this Fee Application. Barring unforeseen circumstances, the attorney does not intend to seek additional compensation from the Debtor in this case.

**Fee Accounting**

| Date | Staff/Hours | Task |
|---|---|---|
| 10/13/08 | Att. 1.7 hours | No charge. Free initial interview. Attorney met with both the debtor and his bookkeeper to discuss financial problems, and ways in which to resolve those. Insufficient information to conclude at this time. Attorney discussed Chapters 7, 13, and 11. |
| 10/21/08 | Att 1.9hrs: P 2.9 | Attorney met with debtor and bookkeeper to discuss financial problems, and options in which to resolve those. Attorney discussed chapter 7, 13, and 11 bankruptcies after reviewing asset and liability schedules. Attorney reviewed financial documents, and commented on those. Paralegal then spent almost three hours with debtors preparing draft of schedules and statements of financial affairs along with other |

|  |  |
|---|---|
|  | necessary documents required under section 521 of Code. She then filed the chapter 11 petition and related documents described above. |
| 10/28/08 Att. 2.1 hrs | Attorney met with debtors to review information discussed at last meeting, and to explain debtors' duties in chapter 11. He advised that in chapter 11 the debtors debt limits did not matter, and they would be debtors-in-possession controlling their own destiny in a sense, with the US Trustee monitoring, and with the debtors paying under the plan directly to creditors Attorney reviewed documents accessed from Spartanburg County Clerk's office, and other documents with debtors. Attorney compiled list of real property holdings reflecting debtor's name. Attorney also discussed his review of debtor's tax returns for past three years. |
| 11/4/08 Att 2.9 hrs; Par 3.1hrs | Attorney reviewed financial statements provided by debtor, and reviewed list of creditors, tax appraisals and deeds and mortgages on real property. Met with paralegal who began drafting schedules, statements of financial affairs of debtor engaged in business, and |

|  |  |
|---|---|
|  | other related documents required under 11 USC section 521(a). Paralegal and attorney reviewed final drafts together. |
| 11/8/08 Par. 1.9 hrs | Paralegal filed all documents required under section 521 after debtor signed and attorney reviewed all. |
| 11/11/08 Att. 1.9 hrs | Attorney reviewed notices of appearances filed by Carolina First Bank, and American Express, and attorney reviewed motion to vacate stay filed by Carolina First Bank, and communicated with debtor to advise. |
| 1/18/08 Att. 1.7 hrs | Attorney discussed with debtors the Independent Debtors Interview to be held in Columbia at office of US Trustee, and First Meeting of Creditors to be held December 5 in Spartanburg. Attorney reviewed and filed debtor's monthly operating report for October, 2008. |
| 11/19/08 Att .9 hrs | Attorney reviewed motion of relief from stay filed by The National Bank of SC. |

| | |
|---|---|
| 12/4/08 Att. .9hrs | Attorney reviewed Affidavit of no objection filed by Linda Barr with verification for The National Bank of SC., and attorney also reviewed proposed order granting relief from stay filed by Carolina First Bank, and US Trustee's statement that no creditor's committee has been formed in this case. |
| 12/4/08 Att .4 hrs; Par .9hrs | Attorney reviewed after paralegal prepared law firm's application for employment to represent debtor in this chapter 11 case. |
| 12/5/08 Att 1.9 hrs | Attorney attended First Meeting of Creditors held in Spartanburg, and me with debtor and parties both before and afterward. |
| 12/9/08 Att 1.2 hrs | Attorney reviewed amended order granting relief from stay, affidavit of default, and proposed order filed by Linda Barr, Esquire for NBSC and Carolina First Bank. |
| 12/16/08 Att .8 hrs; Par 1.4hrs | Attorney reviewed order approving his employment as debtor's lawyer. Paralegal prepared and attorney reviewed amended schedules. Paralegal then filed and |

| | |
|---|---|
| | served those. |
| 12/18/08 Att .9 hrs | Attorney reviewed and filed debtor's monthly operating report for November, 2008. |
| 12/30/08 Att. 1.8 hrs | Attorney reviewed entire file in preparation of drafting plan and disclosure statement. Attorney reviewed 14 proofs of claims filed thus far in this case. |
| 1/19/09 Att. 1.7 hrs | Attorney reviewed and filed debtor's monthly operating reports for December, 2008, and reviewed order granting abandonment of property, and communicated information to debtor. |
| 2/17/09 Att. 1.8 hrs | Attorney reviewed and filed debtor's monthly operating report for January, 2009, and communicated with debtor's bookkeeper regarding drafting of plan and disclosure statement. Attorney reviewed notice of appearance filed by Larry Johnson, Esquire for FMCC. |
| 3/16/09 Att. 2.3 hrs | Attorney reviewed and filed debtor's monthly operating report for February, 2009, and communicated with bookkeeper regarding some information contained therein. Attorney reviewed |

|  |  |
|---|---|
|  | notice of appearance filed by Larry Johnson, Esquire for Litton Loan Servicing. Attorney reviewed additional 13 proofs of claims filed in this case. |
| 3/31/09 Att. 1.6 hrs | Attorney reviewed application for settlement filed by Litton Loan Servicing regarding settlement attorneys negotiated between parties. Attorney communicated same with debtor. |
| 4/15/09 Att. 1.8 hrs | Attorney reviewed and filed debtor's monthly operating report for March, 2009, and continued working on draft of plan and disclosure statement. |
| 4/29/09 Att.2.4 hrs; Ass Att 3.2hrs | Attorney and Associate attorney met to review entire file with all documentation, reviewed all claims filed in this case, and drafted the chapter 11 plan and disclosure statement after discussing issues with debtor. |
| 5/04/09 Ass. Att 2.9 hrs. | Associate Attorney completed final draft of plan and disclosure statement and filed same with Court, and served same on debtors and U.S. Trustee. |

| | |
|---|---|
| 5/7/09 Att. 1.8 hrs | Attorney reviewed notice of appearance filed by McCalla, Raymer for America's Servicing, and reviewed order setting hearing on disclosure to be held 6/18/09, and advised debtor of same. |
| 5/11/09 Par. .9 hrs | Paralegal prepared, filed and served certificate of mailing of notice of hearing on disclosure statement, and mailed copy of plan, disclosure statement to debtor. |
| 5/20/09 Att. .9hrs | Attorney reviewed and filed with court debtor's monthly operating report for April, 2009. |
| 5/31/09 Att. 1.3 hrs | Attorney reviewed plan and disclosure statement provisions with debtor and bookkeeper. |
| 6/18/09 Att. 1.6 hrs | Attorney attended hearing on disclosure statement in Spartanburg, and met with parties both before and after hearing. Disclosure statement approved by court. |
| 6/19/09 Att. 1.1 hrs | Attorney reviewed and filed debtor's monthly operating report for May, 2009, and discussed same with debtor's bookkeeper. |

| | |
|---|---|
| 6/24/09 Ass. Att. 2.8 hrs | Associate attorney reviewed Order approving disclosure statement after advising attorney of same, and associate attorney served all parties with copy of order, plan, disclosure statement, and ballot. Associate attorney then filed certificate showing service with court. |
| 7/20/09 Att. 2.9 hrs | Attorney reviewed and filed debtor's monthly operating report for June, 2009, and reviewed ballot filed by a creditor. Attorney communicated with debtor and his bookkeeper regarding upcoming confirmation hearing, need to continue filing monthly reports, and paying quarterly fees until a final decree is issued. Discussed procedure going forward. Attorney reviewed claim filed by America's Servicing. |
| 8/13/09 Att. 2.8 hrs | Attorney reviewed two ballots filed in case, and prepared and filed ballot tally in this case. Attorney attended confirmation hearing and met with parties both prior to and after the hearing. Court entered order confirming plan. |
| 8/19/09 Att. .9 hrs | Attorney reviewed and filed debtor's monthly |

operating report for July, 2009.

9/22/09 Att 1.9 hrs	Attorney telephoned debtor and bookkeeper to discuss substantial consummation progress, and began drafting those documents.

10/19/09 Att. .9 hrs	Attorney reviewed and filed debtor's monthly operating report for September, 2009.

11/18/09 Att 3.9hrs	Attorney prepared, filed, and served debtor's substantial consummation documents including Final Decree.

11/23/09 Att. .8 hrs	Attorney reviewed and filed debtor's monthly operating report for October, 2009.

Total attorney hours equals 51.0 at $295 per hour = $15,045.00

Total associate attorney's hours equals 8.9 at $195 per hour = $1,735.50

Total paralegal hours equals 11.1 at $95   per hour = $1,054.50

Total fees earned equals                $ 17,835.00

*Although fees earned exceed fees requested, only fees requested are being applied for.

WHEREFORE, the attorney for the Debtors respectfully prays that he be allowed compensation of $15,000.00 for legal services rendered herein for the period designated.

Respectfully submitted,

*/s/ Robert H. Cooper*

Robert H. Cooper, Fed ID # 5670

THE COOPER LAW FIRM

Attorneys for the Debtor

3523 Pelham Road, Suite B

Greenville SC 29615

(864) 271-9911 Phone

(864) 232-5236 Facsimile

rhcooper@thecooperlawfirm.com

Dated this 7th day of December, 2009

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

IN RE:

| | | |
|---|---|---|
| Grady Franklin Moore II | ) | CASE NO: 08-06592-hb |
| 115 Rockcove Court | ) | |
| Moore, S.C. 29369 | ) | CHAPTER 11 |
| Debtor. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have mailed a true and accurate copy of the foregoing NOTICE OF FILING OF APPLICATION FOR PROFESSIONAL FEES AND EXPENSES, to the US Trustee's Office, creditors and all parties in interest as listed on the attached mailing matrix, with sufficient postage attached. Those parties involved in the Court's ECF system will receive an additional copy of this notice.

_____

Office Personnel for Robert H. Cooper

THE COOPER LAW FIRM

3523 Pelham Road, St., Ste. B

Greenville, SC 29615

(864) 271-9911 Phone

This 7th day of December, 2009

```
Label Matrix for local noticing          AT&T Universal Card                      Alliance One Receivables Mgmt  Inc
0420-7                                   P O  Box 688905                          PO Box 3100
Case 08-06592-hb                         Des Moines IA 50368-8905                 Southeastern PA 19398-3100
District of South Carolina
Spartanburg
Sat Dec  5 15:18:59 EST 2009

Allstate                                 America s Servicing Company              America's Servicing Company
PO Box 3589                              P O  Box 1820                            c/o McCalla Raymer, LLC.
Akron OH 44309-3589                      Newark NJ 07101-1820                     Bankruptcy Department
                                                                                  1544 Old Alabama Road
                                                                                  Roswell, GA 30076-2102


America's Servicing Company              American Express                         American Express
Bankruptcy Department                    Attn  S E Remittances                    PO Box 650448
3476 Stateview Blvd                      PO Box 53765                             Dallas TX 75265-0448
Fort Mill, SC 29715-7203                 Phoenix AZ 85072-3765


American Express Bank FSB                American Express Centurion Bank          (p)BB AND T
c/o Becket and Lee LLP                   c/o Becket and Lee LLP                   PO BOX 1847
POB 3001                                 POB 3001                                 WILSON NC 27894-1847
Malvern, PA 19355-0701                   Malvern PA 19355-0701


BUILDERS FIRSTSOURCE                     Balico Hardwoods  Inc                    Bank of America
PO BOX 402616                            38 Enoree Heights                        P O  Box 15019
Atlanta GA 30384-2616                    Taylors SC 29687-4407                    Wilmington DE 19886-5019


Bank of America                          Linda K. Barr                            Joseph F. Buzhardt III
P O  Box 15726                           Post Office Box 11070                    Office of the United States Trustee
Wilmington DE 19886-5726                 Columbia, SC 29211-1070                  1835 Assembly Street Suite 953
                                                                                  Columbia, SC 29201-2448


CAROLINA FIRST                           CCS Credit Collection Services           Carolina Custom Stair Works
PO BOX 100201                            PO Box 55126                             108 International Court
Columbia SC 29202-3201                   Boston MA 02205-5126                     Greenville SC 29607-5305


Carolina First Bank                      Carolina First Bank                      Citi
%Linda K. Barr, Esq.                     c/o Nelson Mullins Riley & Sacrborough L P O  Box 688908
Nelson Mullins Riley & Scarborough, LLP  ATTN:  Linda Barr                        Des Moines IA 50368-8908
PO Box 11070                             P.O. Box 11070
Columbia, SC 29211-1070                  Columbia, SC 29211-1070


Columbus Bank & Trust                    Robert H. Cooper                         D&S LTD
P. O. Box 120                            3523 Pelham Road                         13809 N HIGHWAY 183 STE 800
Columbus, GA 31902-0120                  Suite B                                  AUSTIN TX 78750-1211
                                         Greenville, SC 29615-4191


Deborah Moore                            Discover Bank/DFS Services LLC           (p)DISCOVER FINANCIAL SERVICES LLC
115 Rockcove Court                       POB 3025                                 PO BOX 3025
Moore SC 29369-9124                      New Albany Ohio 43054-3025               NEW ALBANY OH 43054-3025
```

| | | |
|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | FIA Card Services, N.A.<br>Attn: Mr. BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713-6000 | First National Bank of Spartanburg<br>P.O. Box 3508<br>Spartanburg, SC 29304-3508 |
| First South Bank<br>PO Box 1928<br>Spartanburg SC 29304-1928 | Ford Credit<br>PO Box 105697<br>Atlanta GA 30348-5697 | Ford Motor Credit<br>C O Nat l Bky Svc Cntr<br>PO Box 55000<br>Drawer 55 953<br>Detroit MI 48255-0001 |
| Ford Motor Credit Company LLC<br>P O Box 537901<br>Livonia  MI 48153-7901 | Ford Motor Credit Company LLC<br>c/o Lawrence W. Johnson, Jr., Esquire<br>PO Box 883<br>Columbia, SC 29202-0883 | GEMB   Lowes<br>P O  Box 530914<br>Atlanta GA 30353-0914 |
| Genpact Services  LLC<br>PO Box 1969<br>Southgate MI 48195-0969 | HARDWOOD FLOORING EXPO<br>PO BOX 2465<br>HICKORY NC 28603-2465 | Higdon s Inc<br>PO Box 288<br>Donalds SC 29638-0288 |
| Home Depot<br>C O Bky Dept<br>PO Box 105981<br>Dept 51<br>Atlanta GA 30353-5981 | IC Systems  Inc<br>C O Bky Dept<br>PO Box64437<br>444 Highway 96 E<br>ST PAUL MN 55127-2557 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| IRS MDP 39<br>1835 Assembly ST RM 469<br>Columbia SC 29201 | Ingersoll Rand Financial Services<br>Div of Citi Capital Comm  Corp<br>PO Box 6229<br>Carol Stream IL 60197-6229 | Lawrence Wilbur Johnson Jr.<br>PO Box 883<br>Columbia, SC 29202-0883 |
| Kathy Aranda<br>2005 Moore Duncan Hwy<br>Moore SC 29369-9704 | LITTON LOAN SERVICING LP.<br>PO BOX 829009<br>Dallas, TX 75382-9009 | Litton Loan<br>4828 Loop Central Drive<br>Houston TX 77081-2166 |
| Lowe s Commercial Services<br>PO Box 530954<br>Atlanta GA 30353-0954 | Joe M. Lozano<br>Brice, Vander Linden and Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 | Mann Bracken LLC<br>227 West Trade Street  Suite 1610<br>Charlotte NC 28202-1676 |
| McCalla Raymer Padrick Cobb Nichols & Clark,<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Grady Franklin Moore II<br>2005 Moore Duncan Hwy<br>Moore, SC 29369-9704 | NATIONWIDE CREDIT<br>PO Box 740640<br>Atlanta GA 30374-0640 |
| NBSC<br>Card Services<br>PO Box 2181<br>Columbus GA 31902-2181 | NBSC<br>PO Box 1638<br>Roswell GA 30077-1638 | NBSC<br>PO Box 1798<br>Sumter SC 29151-1798 |

```
NCO Financial Systems              NCO Financial Systems Inc           Popular Mortgage Servicing  Inc
P O  Box 4903                      PO Box 182965                       PO Box 13489
Department 22                      Columbus OH 43218-2965              Philadelphia PA 19101-3489
Trenton NJ 08650-4903


Recovery Management Systems Corporation   Recovery Management Systems Corporation   Robbins Brick   Block  Inc
For GE Money Bank                  For GE Money Bank                   3862 US 221 South Hwy
dba JCPENNEY CREDIT SERVICES       dba LOWES CONSUMER                  Forest City NC 28043-8001
25 SE 2nd Ave Ste 1120             25 SE 2nd Ave Ste 1120
Miami FL 33131-1605                Miami FL 33131-1605


SC Dept of Rev    Tax              Sears Credit Cards                  Donna Faye Shetley
PO Box 12265                       P O  Box 183081                     Johnson Smith Hibbard Wildman Law Firm
Columbia SC 29211-2265             Columbus OH 43218-3081              P.O. Drawer 5587
                                                                       Spartanburg, SC 29304-5587


South Verizon Wireless             Spartanburg County Tax Collector    Spartanburg Sand   Gravel LLC
PO Box 3397                        Delinquent Property Tax             PO Box 611
Bloomington, IL 61702-3397         P O  Box 3060                       Fairforest SC 29336-0611
                                   Spartanburg SC 29304-3060


Stock Building Supply              The National Bank of South Carolina Total Credit Recovery USA Group Inc
Construction Lending               %Linda K. Barr, Esquire             PO Box 2304
PO Box 277291                      Nelson Mullins Riley & Scarborough, LLP.   Buffalo NY 14240-2304
Atlanta GA 30384-7291              PO Box 11070
                                   Columbia, SC 29211-1070


Total Merchant Services            US Trustee's Office                 US Bankruptcy Court
225 Gold Rivers Court 3rd Floor    Strom Thurmond Federal Building     Attn: Systems
Basalt CO 81621                    1835 Assembly St.                   1100 Laurel Street
                                   Suite 953                           Columbia, SC 29201-2423
                                   Columbia, SC 29201-2448


Verizon Wireless                   WACHOVIA BANK                       Wachovia Bank, NA
C O Bky Dept                       C O BKY DEPT                        Po Box 13765
26935 Northwestern Hwy             PO BOX 94014                        Roanoke, VA 24037-3765
1ST CNTR BLDG  STE 100             PALATINE IL 60094-4014
Southfield MI 48033-8445


Gilbert B. Weisman
Becket and Lee, LLP
16 General Warren Blvd.
PO Box 3001
Malvern, PA 19355-0701
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T Bankruptcy                    (d)BRANCH BANKING   TRUST CO        Discover Card
P O Box 1847                       BANKRUPTCY SECTION 100 70 01 51     P O  Box 15251
Wilson, NC 27894                   PO BOX 1847                         WILMINGTON DE 19886-5251
                                   WILSON NC 27894-1847
```

IRS
Central Insolvency Unit
PO Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

(d)First National Bank of Spartanburg
PO Box 3508
Spartanburg SC 29304-3508

(u)Ford Motor Credit Company LLC

(d)Litton Loan Servicing LP
PO Box 829009
Dallas, Tx 75382-9009

End of Label Matrix
Mailable recipients    81
Bypassed recipients     4
Total                  85